UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
YORKSHIRE TOWERS COMPANY LP and
YORKSHIRE TOWERS TENANTS
ASSOCIATION,

                                       Plaintiffs,

    -against-

UNITED STATES DEPARTMENT OF
TRANSPORTATION, RAY LAHOOD, in his capacity
as Secretary of the United States Department of
Transportation, THE FEDERAL TRANSIT
ADMINISTRATION, PETER M. ROGOFF, in his
capacity as Administrator of the Federal Transit
Administration, THE METROPOLITAN
TRANSPORTATION AUTHORITY, JAY H.
WALDER, in his capacity as Chairman of the
Metropolitan Transportation Authority, THE NEW
YORK CITY TRANSIT AUTHORITY, THOMAS F.
PRENDERGAST, JR., in his capacity as the
President of the New York City Transit Authority and
THE METROPOLITAN TRANSPORTATION
AUTHORITY CAPITAL CONSTRUCTION
COMPANY, MICHAEL HORODNICEANU, in his
capacity as President of the Metropolitan
Transportation Authority Capital Construction
Company,

                                       Defendants.
-----------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

**Case No.11 CIV 1058**

      Rene F. Hertzog, being duly sworn, deposes and says:

      Deponent is not a party to the action, is over 18 years of age and is employed by Anderson Kill & Olick, P.C., 1251 Avenue of the Americas, New York, NY 10020.

      On the 24th day of February 2011, deponent served a true copy of a Summons in a Civil Action, Rule 7.1 Statement, Complaint and Exhibit 1 on the United States Department of Transportation; Mr. Ray LaHood, in his capacity as Secretary of the United States Department of Transportation; the Federal Transit Administration; and Mr. Peter M. Rogoff, in his capacity as Administrator of the Federal Transit Administration, by serving the following individuals via Certified Mail, Return Receipt Requested with the U.S. Postal Service within the State of New York:

NYDOCS1-963416.1

Mr. Ray LaHood
Secretary
U.S. Department of Transportation
Federal Transit Administration
East Building
1200 New Jersey Avenue, SE
Washington, D.C. 20590

Mr. Chris Van Wyck
Office of Chief Counsel
U.S. Department of Transportation
Federal Transit Administration
East Building
1200 New Jersey Avenue, SE
Washington, D.C. 2059

Mr. Peter M. Rogoff, Administrator
Federal Transit Administration
East Building
1200 New Jersey Avenue, S.E.
Washington, DC 2059

Mr. Chris Van Wyck
Office of Chief Counsel
Federal Transit Administration
East Building
1200 New Jersey Avenue, S.E.
Washington, DC 20590

/s/ Rene F. Hertzog
Rene F. Hertzog
(

Sworn to before me on this
8th day of March, 2011

/s/ Donald Flynn
Notary Public

DONALD FLYNN
NOTARY PUBLIC, State of New York
No. 01FL5046358
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires July 10, 2011

NYDOCS1-963416.1