PREET BHARARA
United States Attorney for the
Southern District of New York
Attorney for United States of America
By: JOSEPH A. PANTOJA
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: 212.637.2785
Fax: 212.637.2750
Email: joseph.pantoja@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
YORKSHIRE TOWERS COMPANY L.P. *et al*,   :       ECF Case

               Plaintiffs,   :

    -against-   :       11 Civ. 01058 (TPG)

UNITED STATES DEPARTMENT OF   :
TRANSPORTATION *et al*,
                       :       NOTICE OF APPEARANCE
              Defendants.   x
------------------------------------- 

       PLEASE TAKE NOTICE that the undersigned Assistant United States Attorney hereby appears as **LEAD** counsel for defendants United States Department of Transportation ("DOT"), Ray Lahood, in his capacity as Secretary of the DOT, the Federal Transit Administration ("FTA"), and Peter M. Rogoff, in his capacity as Administrator of the FTA.  All notices given or required to be given in this case and all papers filed in this case shall be served only upon the undersigned.  I certify that I am admitted to practice in this Court.

Dated: New York, New York
       September 1, 2011

                                  PREET BHARARA
                                  United States Attorney for the
                                  Southern District of New York

               By:     /s/ Joseph A. Pantoja
                     JOSEPH A. PANTOJA
                     Assistant United States Attorney
                     86 Chambers Street, 3rd Floor
                     New York, New York  10007