PREET BHARARA
United States Attorney for the
Southern District of New York
Attorney for United States of America
By: JOSEPH A. PANTOJA
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.:  212.637.2785
Fax:  212.637.2750
Email: joseph.pantoja@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x    ECF Case
YORKSHIRE TOWERS COMPANY L.P. *et al*,    :

                             Plaintiffs,    :
                                                               11 Civ. 01058 (TPG)
        -against-    :

UNITED STATES DEPARTMENT OF    :
TRANSPORTATION *et al*,
                                                 :    NOTICE OF APPEARANCE
                         Defendants.    x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

        PLEASE TAKE NOTICE that the undersigned Assistant United States Attorney hereby appears as **LEAD** counsel for defendants United States Department of Transportation ("DOT"), Ray Lahood, in his capacity as Secretary of the DOT, the Federal Transit Administration ("FTA"), and Peter M. Rogoff, in his capacity as Administrator of the FTA.  All notices given or required to be given in this case and all papers filed in this case shall be served only upon the undersigned.  I certify that I am admitted to practice in this Court.

Dated: New York, New York
       September 1, 2011

                                                    PREET BHARARA
                                                    United States Attorney for the
                                                    Southern District of New York

                       By:     /s/ Joseph A. Pantoja
                                                    JOSEPH A. PANTOJA
                                                    Assistant United States Attorney
                                                    86 Chambers Street, 3rd Floor
                                                    New York, New York  10007