PREET BHARARA
United States Attorney for the
Southern District of New York
Attorney for United States of America
By: JOSEPH A. PANTOJA
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.:  212.637.2785
Fax:  212.637.2750
Email: joseph.pantoja@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x     ECF Case

YORKSHIRE TOWERS COMPANY L.P. *et al*,                    :

                    Plaintiffs,                    :

              -against-                    :     11 Civ. 01058 (TPG)

UNITED STATES DEPARTMENT OF                    :
TRANSPORTATION *et al*,

                         :     NOTICE OF APPEARANCE
             Defendants.                    x

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

        PLEASE TAKE NOTICE that the undersigned Assistant United States Attorney

hereby appears as **LEAD** counsel for defendants United States Department of Transportation

("DOT"), Ray Lahood, in his capacity as Secretary of the DOT, the Federal Transit

Administration ("FTA"), and Peter M. Rogoff, in his capacity as Administrator of the FTA.  All

notices given or required to be given in this case and all papers filed in this case shall be served

only upon the undersigned.  I certify that I am admitted to practice in this Court.

Dated: New York, New York
      September 1, 2011

                              PREET BHARARA
                              United States Attorney for the
                              Southern District of New York

              By:        /s/ Joseph A. Pantoja
                              JOSEPH A. PANTOJA
                              Assistant United States Attorney
                              86 Chambers Street, 3rd Floor
                              New York, New York  10007