UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

| | |
|---|---|
| YORKSHIRE TOWERS COMPANY, L.P. and YORKSHIRE TOWERS TENANTS ASSOCIATION, | **Case No. 10-cv-8973 (TPG)** |
| Plaintiffs, | |
| -against- | **PLAINTIFFS' NOTICE OF MOTION FOR SECOND PRE-TRIAL CONFERENCE UNDER FED. R. CIV. P. 16 AND RELATED RELIEF** |
| THE FEDERAL TRANSIT ADMINISTRATION, THE METROPOLITAN TRANSPORTATION AUTHORITY and THE METROPOLITAN TRANSPORTATION AUTHORITY CAPITAL CONSTRUCTION COMPANY, | |
| Defendants. | |

------------------------------------------------------------------------x

| | |
|---|---|
| YORKSHIRE TOWERS COMPANY, L.P. and YORKSHIRE TOWERS TENANTS ASSOCIATION, | |
| Plaintiffs, | |
| -against- | |
| UNITED STATES DEPARTMENT OF TRANSPORTATION, RAY LAHOOD, in his capacity as Secretary of the United States Department of Transportation, THE FEDERAL TRANSIT ADMINISTRATION, PETER M. ROGOFF, in his capacity as administrator of the Federal Transit Administration, THE METROPOLITAN TRANSPORTATION AUTHORITY, JAY H. WALDER, in his capacity as Chairman of the Metropolitan Transportation Authority, THE NEW YORK CITY TRANSIT AUTHORITY, THOMAS F. PRENDERGAST, JR., in his capacity as President of the New York City Transit Authority and THE METROPOLITAN TRANSPORTATION AUTHORITY CAPITAL CONSTRUCTION COMPANY, MICHAEL HORODNICEANU, in his capacity as President of the Metropolitan Transportation Authority Capital Construction Company, | **Case No. 11-cv-1058 (TPG)**  **RELATED CASE** |
| Defendants. | |

------------------------------------------------------------------------x

PLEASE TAKE NOTICE that upon the accompanying Memorandum in Support, the Pleadings, the First Pre-trial Conference and all prior proceedings in the above-captioned related cases, Plaintiffs Yorkshire Towers Company, L.P. and Yorkshire Towers Tenants Association, will move this Court before the Honorable Thomas P. Griesa at the United States Courthouse, 500 Pearl Street, Courtroom 26B, New York, New York, on a date and time to be determined by the Court, for an order pursuant to Federal Rules of Civil Procedure, Rule 16:

> (1) Scheduling the Second Pre-Trial Conference to discuss, among other matters, the affirmative relief Plaintiffs intend to seek by motion;
>
> (2) Extending the Plaintiffs' time to respond to the motions to dismiss by the defendants federal and state officials and agencies (collectively the "<u>Government Defendants</u>") (First Case, ECF Nos. 24-25, Related Case, ECF Nos. 23-25) pending the production of:
>
> (a) Each and every document that the Government Defendants relied on, or to which they referred, between Settlement Conference II on July 14 and III on August 24 to determine that the MTA's Residential Midblock Alternative remains the "preferable" alternative in comparison to the Reduced 5 design presented by Yorkshire Towers, or have the issue of whether the Government Defendants have fully and adequately studied, analyzed and balanced the environmental

    benefits and adverse impacts of the Residential Midblock Alternative in comparison to the Reduced 5 design, resolved against them;

 (b) Each and every document that the Government Defendants relied on, or to which they referred, between Settlement Conference II on July 14 and III on August 24, to determine that the construction schedule would be impacted beyond the FTA's publicly announced start date of February 2018, and the MTA's earlier stated goal of December 2016, or have this issue considered resolved against them; and

 (3) Granting such other, further and different relief as is just and proper.

Dated: September 9, 2011
   New York, New York

       Respectfully Submitted,

       CECCARELLI WEPRIN PLLC

      By: _____
       Joseph J. Ceccarelli (JC-5329)
       Erik J. Berglund (EB-1820)
       Two Wall Street
       New York, New York  10005-2008
       (212) 227-4848
       jceccarelli@cecwep.com
       eberglund@cecwep.com

                                              ANDERSON KILL & OLICK, P.C.
                                              Jeffrey E. Glen (JG-8277)
                                              Rene F. Hertzog (RH-9227)
                                              1251 Avenue of the Americas
                                              New York, New York  10020
                                              (212) 278-1000
                                              jglen@andersonkill.com
                                              rhertzog@andersonkill.com

                                              *Attorneys for Plaintiffs*
                                              *Yorkshire Towers Company L.P.*
                                              *and Yorkshire Towers Tenants*
                                              *Association*

To:    Preet Bharara
         United States Attorney for the
         Southern District of New York
         By: Joseph Anthony Pantoja, Esq.
         United States Attorney's Office, S.D.N.Y.
         86 Chambers Street
         New York, NY  10007
         (212) 637-2200

         *Attorneys for  United States Department*
         *of Transportation, Ray LaHood, in his*
         *capacity as Secretary of the Department*
         *of Transportation, the Federal Transit*
         *Administration, and Peter M. Rogoff, in*
         *his capacity as administrator of the*
         *Federal Transit Administration*

         Philip Elias Karmel, Esq.
         Bryan Cave LLP
         1290 Avenue of the Americas
         New York, NY  10104
         (212) 541-2000

         *Attorneys in the Related Case*
         *for Defendants Metropolitan*
         *Transportation Authority, Jay Walder*
         *in his capacity as Chairman of the*
         *Metropolitan Transportation Authority,*
         *The New York City Transit Authority,*

-5-

*Thomas F. Prendergast, JR., in his capacity as President of the New York City Transit Authority, The Metropolitan Transportation Authority Capital Construction Company and Michael Horodniceanu, in his capacity as President of the Metropolitan Transportation Authority Capital Construction Company*

Gordon Jay Johnson, Esq.
MTA Office of General Counsel
347 Madison Avenue, 9th Floor
New York, NY  10017
(212) 878-4633

*Attorneys in the First Case
 for Defendants Metropolitan Transportation Authority and The Metropolitan Transportation Authority Capital Construction Company*