USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/5/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
YORKSHIRE TOWERS COMPANY, L.P., ET AL.,
                      Plaintiffs,

11 **CIVIL** 1058 (TPG)

-against-

**JUDGMENT**

UNITED STATES DEPARTMENT OF
TRANSPORTATION, ET AL.,
                      Defendants.
-------------------------------------------------------------X

Defendants having moved to dismiss plaintiffs' complaint; Plaintiffs having moved for a preliminary injunction, and the matter having come before the Honorable Thomas P. Griesa, United States District Judge, and the Court, on December 1, 2011, having rendered its Opinion dismissing the complaint without leave to amend, and denying Plaintiffs' motion for preliminary injunction, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated December 1, 2011, the complaint is dismissed without leave to amend, and Plaintiffs' motion for preliminary injunction is denied.

**Dated:** New York, New York
         December 5, 2011

                                           **RUBY J. KRAJICK**

                                           **Clerk of Court**
                  **BY:**
                                           **Deputy Clerk**

                                           THIS DOCUMENT WAS ENTERED
                                           ON THE DOCKET ON _____