UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
YORKSHIRE TOWERS COMPANY L.P., and
YORKSHIRE TOWERS TENANTS                    11 Civ. 1058 (TPG)
ASSOCIATION,

                                    Plaintiffs,

                                 -against-

UNITED STATES DEPARTMENT OF
TRANSPORTATION, RAY LAHOOD, in                **NOTICE OF APPEAL**
his capacity as Secretary of the United States
Department of Transportation, THE FEDERAL
TRANSIT ADMINISTRATION, PETER M.
ROGOFF, in his capacity as Administrator of the
Federal Transit Administration, THE
METROPOLITAN TRANSPORTATION
AUTHORITY, JAY H. WALDER, in
his capacity as Chairman of the Metropolitan
Transportation Authority, THE NEW YORK CITY
TRANSIT AUTHORITY, THOMAS F. PRENDERGAST,
JR., in his capacity as the President of the New York
City Transit Authority and THE METROPOLITAN
TRANSPORTATION AUTHORITY CAPITAL
CONSTRUCTION COMPANY, MICHAEL
HORODNICEANU, in his capacity as President of
the Metropolitan Transportation Authority Capital
Construction Company,

                                  Defendants.
-----------------------------------------------------------------x

       Notice is hereby given that Plaintiffs Yorkshire Towers Company L.P. and Yorkshire Towers Tenants Association, hereby appeal to the United States Court of Appeals for the Second Circuit from the opinion and order, entered December 1, 2011, and ensuing judgment, entered December 5, 2011, which: (1) granted Defendants' motion to dismiss the Complaint on limitations grounds without leave to amend; and (2) upon

dismissing the Complaint, denied, as academic, Plaintiffs' motion for Preliminary Injunction.

Dated: New York, New York
       February 2, 2012

                                     ANDERSON KILL & OLICK, P.C.

                                     By: /s/ Jeffrey E. Glen
                                        Jeffrey E. Glen
                                        Rene F. Hertzog
                                        1251 Avenue of the Americas
                                        New York, New York 10020
                                        (212) 278-1000
                                        jglen@andersonkill.com
                                        rhertzog@andersonkill.com

                                     CECCARELLI WEPRIN PLLC

                                     By: /s/ Joseph J. Ceccarelli
                                        Joseph J. Ceccarelli
                                        Erik J. Berglund
                                        Two Wall Street
                                        New York, New York 10005
                                        (212) 227-4848
                                        jceccarelli@cecwep.com
                                        eberglund@cecwep.com

                                     Attorneys for Plaintiffs
                                     *Yorkshire Towers Company L.P.*
                                     *and Yorkshire Towers Tenants*
                                     *Association*