# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

N.Y.S.D. Case # 11-cv-1058(TPG)

**MANDATE**

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 30th day of April, two thousand and twelve.

_____

Yorkshire Towers Company L.P., Yorkshire Towers Tenants Association,

Plaintiffs - Appellants,

v.

United States Department of Transportation,
Ray LaHood, in his capacity as Secretary of the United States Department of Transportation,
The Federal Transit Administration,
Peter M. Rogoff, in his capacity as Administrator of the Federal Transit Administration,
The Metropolitan Transportation Authority,
Jay H. Walder, in his capacity as Chairman of the Metropolitan Transportation Authority,
The New York City Transit Authority,
Thomas F. Prendergast, in his capacity as the President of the New York City Transit Authority,
The Metropolitan Transportation Authority Capital Construction Company,
Michael Horodniceanu, in his capacity as President of the Metropolitan Transportation Authority Capital Construction Company,

Defendants - Appellees.
_____

**ORDER**

Docket Number: 12-477

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _APRIL 30, 2012___

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

**MANDATE ISSUED ON 04/30/2012**

The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court



A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit